**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Civ. No.    1:23-cv-3543 |
| | : |
| v. | : |
| | : |
| THE COMMUNITY FINANCIAL | : |
| CORPORATION, MICHAEL B. ADAMS, | : |
| JAMES M. BURKE, JAMES F. DI MISA, | : |
| GREGORY C. COCKERHAM, M. ARSHED | : |
| JAVAID, LOUIS P. JENKINS, JR., | : |
| REBECCA M. MCDONALD, MARY TODD | : |
| PETERSON, E. LAWRENCE SANDERS, III, | : |
| AUSTIN J. SLATER, JR., JOSEPH V. | : |
| STONE, JR., and KATHRYN M. | : |
| ZABRISKIE, | : |
| | : |
| Defendants. | : |

--------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: August 1, 2023                    Respectfully submitted,

                                         **MELWANI & CHAN LLP**

                                         /s Gloria Kui Melwani
                                         Gloria Kui Melwani (GM5661)
                                         1180 Avenue of the Americas, 8th Floor
                                         New York, New York 10036
                                         Tel: (212) 382-4620
                                         Email: gloria@melwanichan.com

*Attorneys for Plaintiff*